**Dismissed and Memorandum Opinion filed October 21, 2021.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-21-00453-CV

## LISBETH STAHLHEBER WELSCH, Appellant

## V.

## DUSTIN P. ANJO, Appellee

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2014-60400A**

## MEMORANDUM OPINION

This is an appeal from an order signed July 23, 2021. The notice of appeal was filed August 11, 2021. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On September 9, 2021, this court ordered appellant to pay the appellate filing fee on or before September 24, 2021, or the appeal would be dismissed.

Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.